Rel: November 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2024-0147

Samuel E. Avery v. The Russell Hospital Corporation, d/b/a Russell Medical Center (Appeal from Tallapoosa Circuit Court: CV-17-900086).

STEWART, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Shaw, Bryan, Mendheim, and McCool, JJ., concur.